THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
E. MARTIN ESTRADA (Cal. SBN 223802)
Assistant United States Attorney
Violent & Organized Crime Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3358
     Facsimile: (213) 894-3713
     Email: Martin.Estrada@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
MAY 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DENIED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        ) Case No. CR 07-1305-GAF
                                 )
                Plaintiff,       ) [PROPOSED] ORDER
                                 )
          v.                     ) ~~UNDER SEAL~~
                                 )
CEDRIC BURRIS,                   )
                                 )
                Defendant.       )
_____)

DENIED

    For good cause shown, IT IS HEREBY ORDERED THAT:

    The government's Opposition to Defendant Cedric Burris's
Motion to Dismiss Indictment for Prosecutorial and Witness
Misconduct before the Grand Jury and supporting exhibits in the

///

///

///

above-titled case, together with this <u>ex parte</u> application, the declaration of E. Martin Estrada, and this Court's sealing order, be kept under seal.

IT IS SO ORDERED.

DATED: _____     _____
THE HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE

**IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be ordered filed on the clerk's public docket.

DATED: _____5/○/_____     _/s/ Gary Feess_____
THE HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE

2